UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) No. 08-CR-180 |
| | ) Judge Anderson |
| ANTHONY F. CRISSIE, | ) Magistrate Judge Cole |
| | ) |
| Defendant. | ) |

To:   Tinos Diamantos
ASSISTANT UNITED STATES ATTORNEY
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on March 19, 2008, at 10:00 a.m., we shall appear before the Honorable Wayne Anderson in Courtroom 1403 of the United States Courthouse at 219 South Dearborn Street and then and there present Anthony F. Crissie's Motion to Dismiss Indictment and for Expungement.

/s/ Barry A. Spevack
Barry A. Spevack

**CERTIFICATE OF SERVICE**

Barry A. Spevack, an attorney, states that he caused a copy of the Notice of Motion and the Motion to Dismiss Indictment and for Order of Expungement to be served on the above party through the Court's electronic filing system.

/s/ Barry A. Spevack
Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 S. Clark Street, Suite 700
Chicago, Illinois 60603
312-782-8500