UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 180 |
| v. | ) | |
| | ) | Honorable Wayne R. Andersen |
| ANTHONY F. CRISSIE | ) | United States District Court Judge |
| | ) | |

**NOTICE OF MOTION**

TO:  Stuart Chanen
*Counsel for Defendant Crissie*
525 West Monroe Street
Chicago, Illinois 60661-3693

PLEASE TAKE NOTICE that on Monday, March 17, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Wayne R. Andersen in the courtroom usually occupied by Judge Wayne R. Andersen in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in Judge Wayne R. Andersen's place and stead, and then and there present **GOVERNMENT'S MOTION TO CORRECT SCRIVENER'S ERROR**, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/   Tinos Diamantatos   6281728
TINOS DIAMANTATOS
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-4317