## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 180 | **DATE** | March 17, 2008 |
| **CASE TITLE** | USA vs. ANTHONY F. CRISSIE | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [7] and the Government's motion to amend/correct [9] scrivenors error are taken under advisement as to Anthony F Crissie (1); as to Anthony F Crissie; Motion hearing held on 3/17/2008 regarding motion to amend/correct [9] , motion to dismiss [7] .

| | Courtroom Deputy Initials: | JS |
|---|---|---|