# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 180 - 1 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Anthony Crissie | | |

**DOCKET ENTRY TEXT**

At the request of the parties the arraignment set for 3/17/08 at 11:00 a.m. is cancelled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|