# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 180 | **DATE** | April 18, 2008 |
| **CASE TITLE** | United States of America vs. Anthony F. Crissie | | |

**DOCKET ENTRY TEXT**

The government's motion to correct scrivener's error [9] is granted. To avoid any confusion or mistaken identity, the indictment shall be amended to reflect the correct spelling of defendant's name as Anthony R. Crissie. The motion to dismiss indictment and for expungement [7] is denied as moot.

■[ For further details see text below.]      Notices mailed by Judicial staff.

## STATEMENT

      On February 26, 2008, the government charged Anthony F. Crissie with mail fraud in violation of 18 U.S.C. § 1341. In the indictment, Anthony F. Crissie is named as defendant, and defendant is referred to throughout the indictment as "Anthony F. Crissie." However, the government now states that the designation in the indictment of defendant Crissie's middle initial as "F" was in error. Instead, the government states that defendant Crissie's correct middle initial is "R." The government now seeks to amend the indictment to correct this scrivener's error.

      Amending the indictment to reflect the correct spelling of defendant's name does not impair defendant's rights or adversely effect defendant in terms of the crime charged or available defenses. Anthony R. Crissie was aware of the government's investigation and subsequent indictment. The amendment is one of form only and will in no way change the substance of the indictment. Thus, the government's motion to correct scrivener's error is granted. The indictment shall be amended to reflect to correct spelling of defendant's name as Anthony R. Crissie.

      With regard to Anthony F. Crissie, the individual mistakenly identified in the government's indictment, any and all references to Anthony F. Crissie shall be removed from the indictment, and the government shall provide Anthony F. Crissie with a letter explaining the government's error and the mistaken middle initial.

*Wayne Andersen* (signature)

| | Courtroom Deputy Initials: | tsa |
|---|---|---|