# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 180 - 1 | **DATE** | 4/24/2008 |
| **CASE TITLE** | United States of America vs. Anthony R. Crissi | | |

**DOCKET ENTRY TEXT**

Oral motion by the parties' to reset the arraignment from 4/24/08 to 4/28/08 is granted. At the request of the parties' the arraignment is set for Monday, 4/28/08 at 8:30 a.m.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|