## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 180 - 1 | **DATE** | 4/28/2008 |
| **CASE TITLE** | United States of America vs. Anthony R. Crissi | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the indictment and enters a plea of not guilty to Count I of the Indictment. Parties agree on bond. Enter order setting conditions of release on bond. Defendant is released on a $4,500.00 Own Recognizance Bond. Rule 16.1(a) Conference due by May 5, 2008. Pretrial motions are due by May 12, 2008. Status hearing is set for May 29, 2008 at 10:00 a.m. before Judge Andersen. Enter excludable time from April 28, 2008 to and including May 29, 2008. (X-E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00180   Document 21   Filed 04/28/2008   Page 1 of 1

08CR180 - 1 United States of America vs. Anthony R. Crissi                    Page 1 of 1