## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 180 | **DATE** | 7/3/2008 |
| **CASE TITLE** | United States of America vs. Anthony Crissie | | |

**DOCKET ENTRY TEXT**

Defendant enters a plea of guilty as to count one (1). Court enters judgment of guilty. Order cause referred to the probation office for presentence investigation.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | TSA |
|---|---|---|